# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201800150

_____

## UNITED STATES OF AMERICA
*Appellee*

v.

## Jonas N. MEBES
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson Jr., USMC.

For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 October 2018

_____

Before FULTON, JONES, and FOIL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court